Exhibit A
Testimony of Jeffrey Smith
in *People v. Smith*, 15 CR 18796

1          MR. ANDRE:  Judge, at this moment, the defense

2     calls Mr. Jeffrey Smith to the stand.

3          THE COURT:  Thank you very much, Mr. Andre.

4          THE DEPUTY SHERIFF:  Step up, remain standing,

5     face the clerk, and raise your right hand.

6                         (Witness sworn.)

7          THE COURT:  Mr. Smith, like I have been telling

8     everybody, the microphone is live.  If you talk into

9     that, everybody will be able to hear you, and it will

10    be greatly appreciated.  Thank you.

11          Proceed, please.

12    WHEREUPON,

13                    JEFFREY SMITH,

14    called as a witness on his own behalf, having been

15    first duly sworn, under oath was examined and

16    testified as follows:

17                    DIRECT EXAMINATION

18                    BY MR. ANDRE:

19      Q.   Good morning, Mr. Smith.

20      A.   Good morning.

21      Q.   In a loud, clear voice, please state your

22    name for the record spelling your first name for the

23    madam court reporter, please?

24      A.   My name is Jeffrey Smith, J-e-f-f-r-e-y,

17

1    S-m-i-t-h.

2       Q.  Do you have any middle names, Mr. Smith?

3       A.  Yes, Lanelle.  Jeffrey Lanelle Smith.

4       Q.  Mr. Smith, how old are you?

5       A.  28.

6       Q.  Mr. Smith, will you tell the ladies and

7    gentlemen of the jury a little bit about your

8    educational background?

9       A.  I attended Collard High School (phonetic) in

10   2007.  I didn't go right away to college, because my

11   grandmother was diagnosed with cancer, so I waited.

12   And then I went in 2010 to Iowa Central to play

13   football.  Then her cancer came back, and I went back

14   home to her.

15      Q.  Mr. Smith, when you say you went back home,

16   can you please explain to the ladies and gentlemen of

17   the jury, what do you mean by that?

18      A.  I went back to 4026 West 21st Place where my

19   grandmother and grandfather lives.

20      Q.  Is that also where you were raised,

21   Mr. Smith?

22      A.  Yes.

23      Q.  Can you tell the ladies and gentlemen of the

24   jury about what is it that you currently do right now,

18

DEF 000253

1    Mr. Smith, for work?

2         A.    I currently do security at Navy Pier.  I work

3    with the 18th District at Navy Pier.

4         Q.    And were you working -- can you tell me a

5    little bit about what does it mean to do security at

6    Navy Pier?

7         A.    Security at Navy Pier is I direct -- I direct

8    traffic, and I do special events for when the -- when

9    Navy Pier produce special events as

10   far as -- they call it breast cancer and private

11   events.

12        Q.    You said you work with the 18th District.

13   What are you referring to when you say, the 18th

14   District?

15        A.    The Chicago Police 18th District.

16        Q.    And in your capacity as a security guard

17   at Navy Pier, do you have to have any special

18   clearances?

19        A.    Yes.

20        Q.    Is that to work with any special guests, if

21   anything?

22        A.    Yes.

23        Q.    Can you please explain to the ladies and

24   gentlemen, what does that mean?

19

DEF 000254

1     A.   That mean -- well, the badge that I currently

2  have, special events is, like, for -- Navy Pier has a

3  special room where they have meetings for celebrities

4  and the mayor and other aldermen. So I do special

5  security there.

6        Once they -- whatever they have going on,

7  whatever event that's there, I be there for security

8  right along with the Chicago public police.

9      MR. ANDRE: Now, showing the prosecution what's

10  been previously marked as Defense Exhibit Number 1,

11  your Honor.

12       May I approach?

13     THE COURT: Sure, go ahead.

14  BY MR. ANDRE:

15     Q.  Mr. Smith, do you recognize what I just

16  placed in front of you?

17     A.  Yes. That's my security badge.

18     Q.  And when you say your security badge, your

19  security badge for what?

20     A.  Navy Pier.

21     Q.  Is that the badge you have to have on when

22  you're at Navy Pier?

23     A.  Yes. It has to be visible at all times.

24     Q.  Does that badge give you special

DEF 000255

1    clearances?

2         A.    Yes.

3         Q.    Mr. Smith, besides working at Navy Pier, what

4    do you like to do on your off time?

5         A.    Well, I had just joined New Life Covenant

6    Church, like, three years prior to that, and since

7    three years prior to that, I had just been going --

8    getting myself into church more often.

9         Q.    When you say, three years prior to that, what

10   time frame are you referring to, Mr. Smith?

11        A.    Like 2012, if I'm not mistaken, is when I

12   joined.

13        Q.    And at New Life Covenant Church, what if

14   anything do you do there?

15        A.    I'm a greeter, and I'm in the Iron Man's

16   Treatment.   It's a men's ministry.

17        Q.    Mr. Smith, when you say you're a greeter at

18   New Life Covenant Church, what does that mean?

19        A.    Everyone that comes in, if they want a hug, I

20   greet them with a hug and a smile.

21        MR. ANDRE:   And, your Honor, showing you what's

22   been previously marked as -- showing the state what's

23   been previously marked as Defense Exhibit Number 2.

24        For the record, your Honor, I stand

21

DEF 000256

1    corrected.  It might be 4 actually.

2         May I approach the witness, your Honor?

3        THE COURT:  Is that your final answer, 4?

4        MR. ANDRE:  Yes, your Honor.  4 is my final

5    answer.

6        THE COURT:  Sure, got it.

7         Certainly.  Go ahead.  You don't have to ask

8    my permission.

9        MR. ANDRE:  Thank you, Judge.

10   BY MR. ANDRE:

11      Q.  Mr. Smith, can you please explain to the

12   ladies and gentlemen of the jury what I just put in

13   front of you?

14      A.  You just put my -- it's a pass letting

15   everyone know that I am a greeter at the door.

16      Q.  And does everyone who is part of that church

17   get this pass?

18      A.  No, not everyone.  Only the people that's in

19   the ministry, in the greeting ministry.

20      Q.  How long have you been a greeter with the

21   ministry, Mr. Smith?

22      A.  For a year now.

23      Q.  Mr. Smith, I'd like to call your attention --

24   you also mentioned the Iron Man's Ministry?

DEF 000257

```
1        A.    Yes.

2        Q.    Can you explain to the ladies and

3    gentlemen what you did exactly with the Iron Man's

4    Ministry?

5        A.    The Iron Man's Ministry is all the men that

6    actually in the church that joined the church, they

7    just went away for a retreat -- when it's night

8    out, it's like a meeting, but it's with the church

9    people.

10       Q.    Calling your attention back to October 8,

11   2015, do you recall that night approximately 9:15 or

12   so?

13       A.    Yes.

14       Q.    What, if anything, do you recall from that

15   night?

16       A.    Well, I was sitting on the front porch.  It

17   was me and one of my friends.  It had just

18   started raining --

19       Q.    One second.  When you say you were sitting on

20   your front porch, what porch are you referring to?

21       A.    4036 West 21st Place.  That's my

22   grandmother's residence.

23       Q.    Your grandmother's residence.

24             Please continue.  You may continue.
```

23

DEF 000258

1      A.   I was sitting on the porch with my friend,

2   Christopher.  It had just stopped raining, and he had

3   left.  I continued to sit on the porch, and my sister

4   had came outside, and she said she wanted to go to the

5   store.

6           And when she said she wanted to go to the

7   store, I told her to wait.  Because prior to that,

8   earlier, I had seen the same police cars continue to

9   circle the block, the block that I was living at.

10           And I told her to wait, because I didn't know

11  what was going on.  And --

12      Q.   When you said you told her -- you said your

13  sister.  Who are you referring to when you say your

14  sister?

15      A.   Secara, Secara Smith (phonetic.)

16      Q.   And after Secara came out, what if anything

17  did you and Secara do?

18      A.   I preceded to walk down the stairs to go walk

19  to the store.  She was behind me.

20      Q.   You were going to walk to the store for what

21  purpose if you recall?

22      A.   I don't know what purpose.  She wanted to go

23  to the store.  I just wanted to walk with her because

24  I didn't know what was going on.


24

DEF 000259

1          Q.   As you were going down the steps, what if

2     anything are you doing?

3          A.   I'm fixing my belt.

4          Q.   And at this moment, Mr. Smith, are you inside

5     or outside of your yard?

6          A.   I'm inside the yard.  I haven't made it

7     outside the yard yet.

8          Q.   As you're fixing your belt inside your yard,

9     what if anything occurred?

10         A.   I was fixing my belt.  As I looked up, I

11    wasn't even all the way out the yard yet.  I looked

12    up.  I seen the police car right there.  He told me to

13    put my hands up and get on the ground.

14         Q.   And when the officer said, put your hands up,

15    get on the ground, if you recall, where exactly was

16    the officer when he said that?

17         A.   He was still in the car when he said it the

18    first time.

19         Q.   Was it one officer or two officers who said,

20    put your hands up?

21         A.   It was one.

22         Q.   What, if anything, happened after you heard,

23    put your hands up, get on the ground?

24         A.   I put my hands up, and he said it again.  And

25

1    I said, for what?

2         And that's when he got out the car, and he
3    proceeded towards me.

4         Q.   When the officers got out the car and
5    proceeded towards you, what if anything did you do?

6         A.   I backed back into the gate.  Backed back
7    into my yard.

8         Q.   Now, when the officer got out the car, by the
9    time he was out of the car, if you recall, where
10   exactly were you in relation to your front gate?

11        A.   I was in the front -- I was behind the front
12   gate in my yard at the time.

13        Q.   And if you recall, what, if anything,
14   happened with your sister as the officer gets out the
15   vehicle?

16        A.   She's right behind me.

17        Q.   Explain to the ladies and gentlemen of the
18   jury what happened next once the officer gets out the
19   vehicle and tells you again to put your hands up and
20   get on the ground?

21        A.   After he told me put my hands up and get on
22   the ground, and I told him, for what, I backed back
23   into the yard.  After he got out of the car to proceed
24   towards me and once he got out the car, I backed back

26

DEF 000261

1    into the yard.

2            I'm sorry.  I'm sorry.

3            I backed back into the yard.  He pushed me.

4    Once I got to the stairway because I was backing

5    back, and it's a stump right there, and I stumbled,

6    and he pushed me because he thought I was going

7    upstairs.

8            He said, you trying to --

9        Q.   Mr. Smith, take your time.

10       A.   I'm sorry.

11       Q.   Are you nervous today?

12       A.   Huh?  Yes, I am very, extremely nervous.

13       Q.   You mentioned that as you were walking

14   towards the steps, do you recall which officer went

15   and pushed you?

16       A.   Yes.  It was Frank, the one that was talking

17   to me from the beginning.  The other officer never

18   said anything to me.

19       Q.   Is that Officer Francone if you recall?

20       A.   Yes.

21       Q.   As Officer Francone -- is he in front of you

22   when he pushes you?

23       A.   No, he's on the side of me at the time.

24       Q.   And when he pushed you, how did he push

27

DEF 000262

1     you?

2          A.    He pushed me with both hands.

3          Q.    He pushed you with both hands?

4          A.    Yes.

5          Q.    What, if anything, happened as he pushes you

6     with both hands?

7          A.    As he pushed me with both hands, I stumbled

8     back.  I had on a black hoodie, and I took my hoodie

9     off.

10         Q.    And why did you take your hoodie off?

11         A.    Because I wanted to show him I didn't have

12    anything on me.  I don't have anything.

13         Q.    Prior to this officer pushing you,

14    Mr. Smith, did he explain why it was that you were

15    being stopped?

16         A.    No.  That's why I didn't let them -- that's

17    why I didn't listen.  Because he never told me what he

18    grabbed me for.  I never was told anything, and that's

19    why I didn't listen, because I was scared.  I didn't

20    know --

21         Q.    And after Officer Francone pushed you, how

22    did you feel then?

23         A.    I was upset.

24         Q.    What, if anything, happened after you tried

28

1    to show him that you didn't have anything on your

2    person?

3         A.   He continued to try to grab me and arrest

4    me.

5         Q.   At that moment, did you know why he was

6    trying to arrest you?

7         A.   No, I did not.

8         Q.   What, if anything, did you do as this officer

9    continues to try to grab you and arrest you?

10        A.   I kept resisting.  I kept turning away.  I

11   wouldn't let them touch me at all.

12        Q.   And what, if anything, happened as you --

13   what were you doing with your hands, Mr. Smith?

14        A.   My hands was behind my back at the time.

15   Every time he reached, I turned away like this, away

16   from him.

17        Q.   At that moment, Mr. Smith, had you pushed

18   Officer Francone?

19        A.   No, I haven't.

20        Q.   At that moment, Mr. Smith, had you pushed

21   Officer Zuniga?

22        A.   No.

23        Q.   At that moment, Mr. Smith, had you elbowed

24   Officer Francone in the face?

29

DEF 000264

1          A.   No.

2              Q.   Mr. Smith, when these two officers got out

3    their vehicle, what, if anything, did you notice them

4    wearing?

5          A.   They had on plain clothes.

6          Q.   Did they have --

7              THE COURT:   Quit leading, Counsel.

8              MR. ANDRE:   Sorry, your Honor.

9    BY MR. ANDRE:

10             Q.   Other than their plain clothes, what, if

11   anything, else did they have?

12             A.   They was armed with whatever kind of guns

13   they had.  They had on their bulletproof vests, and

14   that was basically -- that's all I seen was the radio,

15   the gun, and the bulletproof vest.

16             Q.   So you recognized the radio, the gun, and the

17   bulletproof vest as soon as they got out their

18   vehicle?

19         A.   Yeah.  Basically, yes.

20             Q.   Did you know they were officers as soon as

21   they got out of their vehicle?

22         A.   Yes.

23             Q.   And, Mr. Smith, while you were in the yard,

24   what happens next?

30

1      A.   Well, after they approached me?  After they

2    approached me when I was in the yard, I was telling

3    them, what did I do?  After I took my hoodie off, I

4    was like, what did I do?

5        I told them I work -- I do security with Navy

6    Pier with the 18th District.  What did I do?  I didn't

7    do nothing.

8        They didn't tell me anything.  And he kept

9    trying to reach to grab me, and I kept turning.  And

10   it got to the point, he kept reaching.  I ended up --

11   as he approaching me, I'm backing away from him.  I'm

12   backing away from him around a bush.  There's a bush

13   in my front yard.

14       And I ended up in the corner of the front

15   yard where the gate is.  And after that, that's when

16   backup was basically on its way there by then.  And

17   then when backup came --

18      Q.   One second, Mr. Smith.

19       You mentioned you ended up in the corner of

20   your yard.  Is that what you just said?

21      A.   Yes.

22      MR. ANDRE:  Showing what's previously been

23   marked, your Honor, as People's Number 14.

24       Your Honor, is it okay if Mr. Smith steps

31

1    down?

2         THE COURT:  Sure.  Mr. Smith, you can step

3    down.

4    BY MR. ANDRE:

5         Q.  Mr. Smith, please point to exactly where --

6    what do you recognize this to be?

7         A.  That's the back entrance of my front yard.

8         Q.  And is this the bush that you mentioned?

9         A.  Yes.

10        Q.  Can you please show the ladies and gentlemen

11   of the jury by pointing where exactly were you in the

12   back of the yard?

13        A.  Right here, right at the gate.

14        MR. ANDRE:  Your Honor, may the record reflect

15   Mr. Smith is pointing to the back gate?

16   BY MR. ANDRE:

17        Q.  And while you were standing there, where are

18   your hands if you recall?

19        A.  My hands was up.

20        Q.  Can you please show the ladies and gentlemen

21   of the jury, how did you have your hands while you

22   were there?

23        A.  My hands was up like this.

24        Q.  Mr. Smith, were both of your hands palms

32

1    open?

2         A.   Yes.

3         THE COURT:  I'm sorry.  Counsel, have a seat.

4    Not you, Mr. Andre.  Mr. Urdangen.

5         MR. URDANGEN:  I'm working the computer.

6         THE COURT:  I apologize.  I thought that was the

7    only one.  My mistake.

8         MR. ANDRE:  Your Honor, showing counsel what's

9    been previously marked as People's Number 10.

10        THE COURT:  Sure.

11   BY MR. ANDRE:

12        Q.   Mr. Smith, what do you recognize that to be?

13        A.   That's the front yard.  That's the front of

14   my house.

15        Q.   Can you show the ladies and gentlemen of the

16   jury where you were when you first observed these

17   officers you talked about?

18        A.   I was right here.

19        Q.   And, Mr. Smith, do you recognize that

20   building that's right next to the front yard?

21        A.   Yes.  That's my neighbor's house.

22        Q.   When you say, your neighbor, what neighbor

23   are you referring to?

24        A.   Annette Barry.

33

DEF 000268

```
1            MR. ANDRE:  Mr. Smith, you can have a

2     seat.

3            THE COURT:  Lights.

4     BY MR. ANDRE:

5        Q.  Mr. Smith, when we had a picture of your yard

6     up, you previously -- you testified that your hands

7     were up?

8        A.  Yes.

9        Q.  What, if anything, happened as your hands are

10    up?

11       A.  In the front yard -- what are you talking,

12    when I was in front of the house or when I was at the

13    back entrance?

14       Q.  Going back to where you said you were in the

15    back gate entrance with your back to the gate, what,

16    if anything, happened as your hands were up if you

17    recall?

18       A.  About -- it was -- I had my hands up, and

19    I'd say about a good minute or so.  Backup had came,

20    and then when backup came, that's when it was like

21    maybe six officers in front of me if I'm not

22    mistaken.  Maybe more than six.  I didn't know exactly

23    how many.

24            And they was telling me to get on the ground.
```

34

1    And right before I was fittin' to -- I was fittin' to

2    get on the ground after so many officers there,

3    because I didn't know what was going on, like, what

4    was the problem.  That's when I turned to the side,

5    and I had seen the lady that had the taser, and she

6    tased me.  And it happened just like that.

7         Q.   Mr. Smith, you mentioned when backup came.

8    Did they tell you why you were -- why they wanted you

9    on the ground?

10        A.   No, they did not.

11        Q.   You mentioned seeing a lady, and then getting

12   tased shortly?

13        A.   Yes.

14        Q.   Did you ever hear this lady with the taser

15   gun say anything to you?

16        A.   No, she did not.  I only heard the men that

17   was in front of me talking.

18        Q.   What, if anything, did you hear them say?

19        A.   I heard them -- one was saying, get on the

20   ground.  The other one was saying, put your hands up,

21   keep your hands up.

22        Q.   Mr. Smith, did you ever hear, get on the

23   ground or else you'll be tased?

24        A.   No, I did not.

35

DEF 000270

1    Q.   Did you ever hear the words, taser, taser,

2    taser, Mr. Smith?

3    A.   No, I did not.

4    Q.   And when this officer shot you with the

5    taser, what, if anything, happened to your body if you

6    recall?

7    A.   I couldn't move.  I couldn't move at all.

8    Q.   Where on your person did this officer shoot

9    you with this taser, Mr. Smith?

10   A.   She shot me in the front in my stomach and

11   right above my crotch.

12   Q.   So the officer shot you in your stomach, you

13   say?

14   A.   Yes.

15   Q.   And as the officer is shooting you in the

16   stomach and above your crotch area, can you explain to

17   the ladies and gentlemen of the jury what's happening

18   to your body if you recall?

19   A.   I can't explain the feeling.  I just

20   couldn't -- I couldn't move.  I was, like, paralyzed.

21   I felt paralyzed.  I couldn't move.

22   Q.   When this officer shot you with the taser,

23   did the taser go inside your body?

24   A.   Yes, it did.  Yes, it did.

36

DEF 000271

1      Q.   And what, if anything, happened as you had

2   the taser in your stomach area and near your crotch

3   area?

4      A.   I went to the ground.  I went to my knees.

5   And when I went to my knees, they pushed me to the

6   ground and put the handcuffs on me.

7      Q.   As you were on the ground, where is your --

8   how is your face in relation to the ground?

9      A.   My face was in the grass at the time, because

10   one of them had their hands on my head.

11      Q.   And after -- did they then handcuff you,

12   Mr. Smith?  Do you recall?

13      A.   Yes.

14      Q.   What, if anything, happened after you were

15   handcuffed if you recall?

16      A.   They took me and they put me in the truck, in

17   the police vehicle, the police truck.

18      Q.   And after you were in the police truck,

19   where, if anywhere, did they take you to, Mr. Smith,

20   if you recall?

21      A.   They took me to the police station.

22      Q.   Do you recall what police station they took

23   you to?

24      A.   It's on Ogden.  I don't know -- I too much

DEF 000272

1    don't know the district, but I know it's not too far

2    from my house.

3          Q.  And what, if anything, happened when you were

4    brought to the police station, Mr. Smith?

5          A.  They took me, and they put me in the little

6    cage, and I was yelling at them to tell them, man,

7    take these prongs up out of me, because I wanted them

8    out.  It was hurting.  I couldn't make too much moves

9    because it was hurting.  I tell them to take the

10    prongs up out.

11          And one of the officers, the one that stopped

12    me, he was, like, can't you just pull them out?  And

13    he was trying to reach to go pull it, and I turned my

14    back away.

15          I was, like, you're not fittin' to pull this

16    out.  You're not fittin' to touch me.  Call the

17    ambulance.  That's exactly what I told him.  Call the

18    ambulance.  You're not fittin' to touch me.

19          Q.  So when you were put in this cage, as you

20    described it, the prongs from the taser were still

21    inside your body?

22          A.  Yes.

23          Q.  And at that point, had you received any sort

24    of medical assistance?

DEF 000273

1          A.   No, I haven't.

2          Q.   At that point, had any of the officers asked

3    you if you needed to go to the hospital, Mr. Smith, if

4    you recall?

5          A.   No, they did not.

6          Q.   What, if anything, happened after you asked

7    them to call an ambulance, if you recall?

8          A.   They called an ambulance.  It finally came,

9    and they took me to Mt. Sinai.

10         Q.   What happened at Mt. Sinai?

11         A.   I was there for maybe about 30, 40 minutes

12   before they actually took the prongs up out, and then

13   I got sent right back to the station.

14         Q.   And when you went back to the police station,

15   Mr. Smith, did at some point in time you meet with any

16   detectives?

17         A.   Yes, I did.

18         Q.   Please tell the ladies and gentlemen of the

19   jury what, if anything, happened when you met with the

20   detectives?

21         MR. ENGEBRETSON:  Judge, I'd object.  May I have

22   a sidebar?

23         THE COURT:  Yes.

24

39

1                          (WHEREUPON, the following was

2                          had outside the

3                          presence of the jury:)

4

5          THE COURT: All right. Yes?

6          MR. ENGEBRETSON: Judge, I'd object to eliciting

7   any statements or conversations that the defendant

8   had with the detective.

9          THE COURT: What's your basis?

10         MR. ENGEBRETSON: It's hearsay. He's offering

11  his own statement.

12         THE COURT: Yes. He is offering his own

13  statement on his case-in-chief. It's subject to

14  cross-examination.

15         MR. ENGEBRETSON: It's an out-of-court statement

16  made by the defendant.

17         THE COURT: I know. If they tried to get it in

18  in your case-in-chief through other witnesses other

19  than the accused. Definitely. It would be

20  self-serving, too.

21              All right. Overruled.

22

23

24

40

DEF 000275

```
1                          (WHEREUPON, the following was

2                          had in open court, in the

3                          presence of the jury:)

4

5        THE COURT:  Proceed, Mr. Andre.

6        MR. ANDRE:  Thank you, Judge.

7   BY MR. ANDRE:

8        Q.   Mr. Smith, you started to explain your

9   meeting with detectives over at the 10th District?

10       A.   Yes.  I had met with them.  He asked me what

11  happened, and I told him what had happened, exactly

12  what happened, and that was it.  He left back out.

13       Q.   Did you ever tell these detectives,

14  Mr. Smith, that you had pushed any of these officers?

15       A.   No.

16       Q.   Did you ever tell these detectives,

17  Mr. Smith, that you had elbowed any of these officers?

18       A.   No.

19       Q.   Did you tell the detectives that one of these

20  officers had pushed you?

21       A.   Yes, I did.

22       Q.   Mr. Smith, just going back to your background

23  really quick, you mentioned -- where do you currently

24  work just for clarification?
```

41

1          A.    Navy Pier.

2          Q.    Do you actively work there right now?

3          A.    No, I don't actively work there now.

4          Q.    What does that mean?

5          A.    I can't work there now until this case is

6     over with.

7               MR. ENGEBRETSON:  Objection.

8               THE COURT:  The answer will be stricken.  Move

9     on.  Sustained.

10    BY MR. ANDRE:

11         Q.    Mr. Smith, at what point in time did you

12    first find out when -- why you were arrested back on

13    October 8, 2015?

14         A.    Once the detectives came in there.

15         Q.    Officer Francone -- did Officer Francone ever

16    tell you why you were arrested, Mr. Smith?

17         A.    Not at all.

18         Q.    Did Officer Zuniga over tell you why you were

19    arrested, Mr. Smith?

20         A.    Not at all.

21              MR. ANDRE:  One second, Mr. Smith.

22                        (Brief pause.)

23    BY MR. ANDRE:

24         Q.    Mr. Smith, as you stand here today, do have a

42

DEF 000277

```
1    current job right now?

2         A.   Yes, I do.

3         MR. ENGEBRETSON:  Objection.

4         THE COURT:  Overruled.

5    BY MR. ANDRE:

6         Q.   What is your current job right now?

7         A.   I bounce at a nightclub and do construction.

8         Q.   What -- where do you do this construction,

9    Mr. Smith?

10        A.   Where?

11        Q.   Yes.

12        A.   It varies.  Whenever one of the contractors

13   have a building, that's when I get called, and that's

14   when I work.

15        Q.   Mr. Smith, at any point in time on October 8,

16   2015, did you push Officer Zuniga?

17        A.   Not at all.

18        Q.   At any point in time on October 8, 2015, did

19   you push Officer Francone?

20        A.   Not at all.

21        Q.   At any point in time did you elbow Officer

22   Francone to the face?

23        A.   No, I did not.

24        MR. ANDRE:  No further questions.
```

43

```
1                    THE COURT:  Thank you.

2                    Cross-examination, State.

3                         CROSS EXAMINATION

4                    BY MR. ENGEBRETSON:

5         Q.  So, Mr. Smith, on October 8th at about 9:45

6    p.m., 2015, you were over at your grandfather's house;

7    is that correct?

8         A.  Yes.

9         Q.  Is that where you were living at that time?

10        A.  No, I was not living there at that time.

11        Q.  Okay.  Just visiting your grandpa?

12        A.  Yes.

13        Q.  Now, while you were there, you and your

14   sister at about 9:45 were outside in front of the

15   house; correct?

16        A.  We was not in front of the house at that

17   time.

18        Q.  Okay.  At some point, did you and your sister

19   ever go out on the to sidewalk together?

20        A.  No.

21        Q.  Your sister wanted to go to a store; is that

22   correct?

23        A.  Yes.

24        Q.  She was going to buy something?
```

44

```
1          A.    I guess.

2          Q.    You don't know?

3          A.    I don't know.  She wanted to go to the store.

4     I just wanted to attend her, because I didn't know

5     what was going on.

6          Q.    Okay.  And you said you didn't know what was

7     going on because you saw police cars --

8          A.    Yes.

9          Q.    -- earlier in the day?

10               You're her big brother?

11         A.    Yes.

12         Q.    You wanted to protect her?

13         A.    All the time.

14         Q.    And you wanted to go with her because you

15    knew it was kind of a dangerous neighborhood; correct?

16         A.    Yes.

17         Q.    There's shootings?

18         MR. ANDRE:   Objection, Judge.

19         THE COURT:   Overruled.

20    BY MR. ENGEBRETSON:

21         Q.    There's shootings in the neighborhood;

22    correct?

23         A.    Yes.

24         Q.    In fact, was there a ongoing conflict in the
```

45

DEF 000280

1    area?

2        A.   There had recently been some shootings, but I

3    don't know if there was any conflicts going on.

4        Q.   But there had recently been shootings in that

5    area?

6        MR. ANDRE:  Objection, Judge.

7    BY THE WITNESS:

8        A.   Yes.

9        THE COURT:  Overruled.

10   BY MR. ENGEBRETSON:

11       Q.   In addition to the shootings, there are

12   narcotics that are sold in that area, too; correct?

13       A.   I guess as far as that.

14       Q.   You're aware of it?  And they're sold kind of

15   hand to hand on the street, aren't they?

16       A.   I don't know about that.  I don't know

17   anything about that now.

18       Q.   I'm not saying that you're involved --

19       THE COURT:  All right.  Move on, State.

20   BY MR. ENGEBRETSON:

21       Q.   Nonetheless, these are reasons why you were

22   worried about your sister; right?

23       A.   I was worried about more of the shooting than

24   anything.

46

DEF 000281

```
 1        Q.   Okay, sure.

 2             And in addition, you had seen the police cars

 3   earlier that day?

 4        A.   Yes.

 5        Q.   So -- and speaking of police, you work with

 6   police officers, or you used to when you worked

 7   security at Navy Pier; correct?

 8        A.   Yes.

 9        Q.   Did you have a good relationship with those

10   police officers?

11        A.   Yes, I work with police officers every day

12   there.

13        Q.   I asked you, was it a good relationship or

14   bad relationship?

15        A.   Yes, great relationship actually.

16        Q.   Okay.  And you worked as security when you

17   were working at Navy Pier; correct?

18        A.   Yes.

19        Q.   So you have to tell people what to do as a

20   security officer, don't you?

21        A.   No, I don't have to tell people what to do.

22   I don't tell people what to do.

23        Q.   Do you direct traffic?

24        A.   Yes, I direct traffic.
```

47

1    Q.   You ask people what to do?

2    A.   No, I don't ask people what to do.

3    Q.   So as a security officer, you have never had

4    to interact with anybody?

5    A.   Yeah, I had to interact.  That's only if they

6    ask.  I tell them what to do when they're doing

7    something wrong.  When they need help, that's when I

8    assist them.

9    Q.   If they're doing something wrong, you tell

10   somebody what to do?

11   A.   Yes.

12   Q.   And they listen to you?

13   A.   Yes.

14   Q.   And you expect hem to listen to you?

15   A.   Yes, I do.

16   Q.   So if you give them an order, you expect them

17   to follow that order?

18   A.   I expect them to follow it, but if they don't

19   follow it, that's on them.

20   Q.   All right.  You're not a police officer so

21   you can't --

22   A.   No, I'm not a police officer.  I don't

23   enforce that.  I don't tell them what to do or

24   anything.  I'm just a safety and security officer.

48

DEF 000283

```
1    That's all I do.

2         Q.   But you understand that there's an importance

3    of following orders that you give?

4         A.   Yes, I do understand it.

5         Q.   All right.  And even when you work as a

6    bouncer, you have to give orders, don't you?

7         A.   No, not at all.

8         Q.   You have to search people, or do you just

9    check IDs?

10        A.   I just check IDs and I search people.

11        Q.   All right.  So you have to check and make

12   sure people don't have guns; right?

13        A.   Yes.

14        Q.   All right.  Where can people hide guns?

15        A.   Where do people have guns?

16        Q.   Yeah.

17        A.   Anywhere.

18        Q.   Where do you search them?

19        A.   I search everywhere.

20        Q.   Do you search their waistbands?

21        A.   Yes, I do.

22        Q.   That's a place where people most likely carry

23   a gun?

24        A.   Most likely.
```

49

1        Q.    All right.   So when somebody hides their

2    waistband from you, as a bouncer, you would be

3    concerned about that, wouldn't you?

4        A.    No.   Because as a bouncer, I don't check them

5    inside.   I check outside.

6        Q.    All right.   So if somebody is coming up

7    to the club and you had to search their waistband and

8    they refused, you'd be concerned about that;

9    correct?

10        A.    Well, I'm just not going to let them in.

11        Q.    You're not going to let them in, because they

12    might have a gun, and they're not letting you search

13    them; right?

14        A.    Right.

15        Q.    Did you let the police touch your waistband?

16        A.    No, they didn't ask.

17        Q.    But you were fumbling with your waistband,

18    your belt area before they came up to you; right?

19        A.    Yes.

20        Q.    So they could have thought that you had a

21    gun?

22        A.    Yes, they could have.

23        Q.    That's a reasonable assumption that that

24    police officer was making, wasn't it?

50

DEF 000285

1          A.   Yes.

2          Q.   Even more reasonable by the fact that you

3     turned away from them and you tried to go in the

4     house; right?

5          A.   No.

6          Q.   Well, you said you more likely think somebody

7     has a gun when they turn away from you and they refuse

8     for you to search them; right?

9          A.   Right.  But that's a police officer's job.

10    I'm not a police officer.

11         Q.   Okay.  But you understand what I'm saying.

12    Isn't it more suspicious that you turned away and you

13    refused to let them touch you?

14         A.   No, it wasn't like that.

15         Q.   So it's less suspicious when you refused to

16    let them touch you?

17         MR. ANDRE:  Objection, Judge, asked and

18    answered.

19         THE COURT:  Overruled.  Repeat your question.

20         MR. ENGEBRETSON:  Sure.

21    BY MR. ENGEBRETSON:

22         Q.   Is it less suspicious to the police officer

23    when you turned your waist away from them and refused

24    to let them search your waistband?

51

DEF 000286

1      A.   Yes.

2      Q.   So they should feel more comfortable then

3  with your refusal to listen to their orders and to

4  show them your waistband?

5      A.   Can repeat it, please?  I'm not good at being

6  questioned.

7      Q.   Okay.  I'll do it again.  I'm sorry.

8         So, Mr. Smith, when you turned away from the

9  police and went back into your house and you refused

10  to show them your waist --

11      THE COURT:  Restate the question, State.  He

12  never went back in the house.

13  BY MR. ENGEBRETSON:

14      Q.   Moved towards your house --

15      A.   I never turned my back to the police.

16      Q.   Okay.  Now, was your sister outside during

17  this interaction that you had with the police?

18      A.   Yes.

19      Q.   Where was she?

20      A.   She's behind me.

21      Q.   Did she ever get on to the sidewalk?

22      A.   No, she did not.

23      Q.   So she never left her yard?

24      A.   No, she never left the yard.

DEF 000287

1   Q. The two of you were never face to face on the

2 sidewalk?

3   A. Never.

4   Q. And once you started, as you said, backing up

5 into the house, she went inside; correct?

6   A. She didn't go inside. She went up the

7 stairs.

8   Q. Okay. Did she stay on the porch up there?

9   A. Yes.

10   Q. So she saw the entire thing?

11   A. Not the entire thing.

12   Q. At what point did she leave?

13   A. She had left to go get my grandfather.

14   Q. When?

15   A. Once -- it had to be after --

16   Q. When did you see her leave?

17   A. When did I see? When -- this was after I was

18 pushed. She was already upstairs at the time, because

19 we was coming back -- I was backed up against the

20 stairs at the time. She was already upstairs. I

21 noticed she was gone once I was pushed and I took my

22 hoodie off.

23   Q. Now, this whole time that you're in the yard

24 with the two police officers, they're giving you

53

DEF 000288

1    orders; correct?

2         A.   Yeah.   They're telling me to get on the

3    ground.

4         Q.   Okay.   And they're trying to touch your body?

5         A.   Put your hands up.   Yes.

6         Q.   They're trying to touch different parts of

7    your body, and you're moving away from them; correct?

8         A.   Yes.   Yes.

9         Q.   At some point, your hands are up in the air?

10        A.   Yes, they are.

11        Q.   At some points, they go down behind your

12   back?

13        A.   Yes.

14        Q.   Sometimes they go back up in the air?

15        A.   No.   That only happened once.

16        Q.   Are you holding your hands behind your back?

17        A.   No.   Every time they grabbed, I turned away

18   like this.

19        Q.   Are your hands in front of you, at your side,

20   or behind your back?

21        A.   It was at my side.

22        Q.   And you're turning your shoulders back and

23   forth as they're trying to grab you?

24        A.   One was trying to grab me.   It was back and

54

DEF 000289

1    forth.  One would try to grab me, and then the other

2    one would try to grab.  And I resist one way, this

3    way, and I resist again this way.

4           Q.   And they're kind of on different sides of

5    you; correct?

6           A.   At that time, yes.

7           Q.   So you had to go back and forth between the

8    two of them?

9           A.   Yes.

10          Q.   You played football, didn't you?

11          A.   Yes.

12          Q.   What was your position?

13          A.   My position was the line position, offensive

14   line and defensive line.

15          Q.   How much do you weigh, sir?  How big are you?

16          A.   Now?  Now I'm like 330.

17          Q.   Okay.  In 2015, about the same size?

18          A.   I was like 350.  Yeah, about 350.

19          Q.   So -- and during this -- was this a zip up

20   hoodie or a pullover?

21          A.   It was a pullover hoodie.

22          Q.   All right.  So even though the police are

23   telling you to stop, to get on the ground, all these

24   things, you decide to just take your shirt off;

DEF 000290

1    correct?

2    A.   I took my hoodie off to show them -- to show

3    them I didn't have anything on me, because my pants

4    was already halfway down, because I was tightening my

5    belt up.

6    Q.   So the fact that you took the hoodie off, you

7    knew that they were worried that you might have a gun;

8    right?

9    A.   Yeah.  But they didn't tell -- no, I did not

10    know.  No, no, no.

11    Q.   Well, then why did you take your hoodie off?

12    A.   I took my hoodie off to show them I didn't

13    have one, didn't have anything on me, whatever they

14    was looking for.

15    Q.   But you did that because you knew that was

16    something they were concerned about?

17    A.   Most likely, yes.

18    Q.   All right.  Okay.  Couldn't you just let them

19    search you?

20    A.   They didn't tell me what they were searching

21    me for or that they wanted to search me.  They didn't

22    tell me anything.

23    Q.   You wanted to be in control of this

24    situation; right?

DEF 000291

1   A. I wanted to know what was going on.

2   Q. You had questions, and you wanted them

3 answered?

4   A. Yes.

5   Q. And you weren't going to do anything until

6 they did things your way the way you wanted it?

7   A. No, it wasn't the way I wanted it.  That's

8 the way that I was shown to deal with the police.

9   Q. To run from them?

10   A. No, not run from them.

11   Q. To avoid them?

12   A. Not to run from them, not to avoid them.

13 Don't let them do anything to you without them telling

14 you what's the reason for it.  Don't let them stop you

15 or anything.

16   Q. What about the 18th District officers that

17 you work with and you have a good relationship with?

18   A. Yes.

19   Q. I mean, did you think that there -- you

20 didn't know these two officers; right?

21   A. Not at all.

22   Q. So I mean, you understood the safety concerns

23 that they would have; right?

24   A. Yes, I definitely understand that.

DEF 000292

1      Q.   Okay.  So while your hands are behind you and

2   to the side and you're shrugging, you're actively

3   moving and you're actively resisting the orders of the

4   police officers; correct?

5      A.   Yes.

6      Q.   And you said then about six officers -- six

7   cars' worth of officers arrived?

8      A.   I didn't say.  I don't know how many cars.

9      Q.   Okay.  About six police officers arrived?

10     A.   I don't know how many -- I don't know how

11  many arrived.  I don't know how many arrived, but when

12  I was in the corner, I know it was about a good six

13  officers in front of me.

14     Q.   So two that were already there and another --

15  about four officers?

16     A.   Yes.

17     Q.   And you had backed yourself kind of into the

18  corner of this lot; right?

19     A.   Yes.

20     Q.   So you had a frontal view of the six officers

21  as they came towards you; correct?

22     A.   Yes.

23     Q.   All right.  One of them was a female officer;

24  right?

58

DEF 000293

1      A.  No.

2      Q.  No?  So it was six plus the female officer?

3      A.  Yes.  The female officer was outside.  She

4  never came into the yard.

5      Q.  Okay.  And I'll clarify it.

6      All six -- because you have a chain linked

7  fence that you can see through; correct?

8      A.  Yes.

9      Q.  And, in fact, the fence only goes a little

10  bit above waist height; is that correct?

11      A.  No.  It goes higher than a waist.  It looks

12  like that in the picture.  It comes a little bit above

13  the waist.

14      Q.  A little bit above the waist?

15      A.  Yes.

16      Q.  And it's easy to see who's on the other side

17  of the fence?

18      A.  Yes.

19      Q.  So when you're saying six officers arrived --

20  or excuse me -- six officers come into the yard, all

21  six go into the yard with you; correct?

22      A.  No, it wasn't like that.

23      Q.  Okay.

24      A.  They didn't all come in at once.

DEF 000294

```
 1          Q.   How many officers came into the yard?

 2          A.   It was two already into the yard, and when I

 3     looked, it was just like they appeared.  They just

 4     came there, like.  I don't know how they --

 5          Q.   From the sky?

 6          A.   I don't know exactly how they came running in

 7     there, but when I looked up and I noticed it was six

 8     officers in front of me, and I'm like --

 9          Q.   Where did them come from?

10          A.   -- man, like, what's all this for.

11          Q.   I mean, but you understand, they didn't,

12     like, walk into your yard or run into your yard at

13     least; right?

14          A.   Most likely.

15          Q.   They didn't come out of the sky?

16          A.   I know they didn't come from the sky.

17          Q.   Well, what were you looking at?  You can see

18     them walk up?  You can see through the gate?  You can

19     see over it?  You can see through the fence?

20          A.   I'm focusing on the ones that's in front of

21     me.

22          Q.   Focusing on getting away from them?

23          A.   Yes.

24          Q.   So at that point, you're not standing with
```

60

DEF 000295

1    your hands up.  You're moving around.  You're looking

2    between the officers because you're still resisting?

3         A.   Yes.

4         Q.   And you're so focused on resisting these two

5    officers, that you then just look up and you see an

6    additional four officers; is that fair?

7         A.   Yes.

8         Q.   Now, and these four officers weren't outside

9    on the sidewalk.  They had actually gotten into your

10   yard with you?

11        A.   Yes.

12        Q.   So -- and this is a relatively small front

13   yard; is that fair to say?

14        A.   It's a nice size.

15        Q.   Well, with you and six other police officers

16   in that piece of grass in between the gangway,

17   sidewalk, and your front steps, that yard was pretty

18   filled with human bodies at that point; correct?

19        A.   Yes.

20        Q.   And still, none of the police officers other

21   than that one pushed by Officer Francone had pushed

22   you or hurt you or anything like that; correct?

23        A.   No, not at all.

24        Q.   Even the additional four, they didn't put

61

DEF 000296

1    their hands on you or anything like that?

2         A.   Afterwards.

3         Q.   Afterwards.

4              So then, even though there's six officers,

5    you're saying a female officer then shoots you with a

6    taser; correct?

7         A.   Yes.

8         Q.   And when she shoots you, it's directly in

9    front; correct?

10        A.   No, it's not directly in front.

11        Q.   Well, she shot you in your stomach?

12        A.   She shot me in my stomach, because once I

13   seen her, I turned.

14        Q.   And when you turned, you were facing her;

15   correct?

16        A.   Yes.  At that time, yes.

17        Q.   All right.  You turned your whole body?

18        A.   I turned my whole body.

19        Q.   So you had a straight view of her; correct?

20        A.   Not a straight view of her.

21        Q.   But you were facing her?

22        A.   I was facing her.  She was more like on an

23   angle towards me.

24        Q.   Sure.  All right.  And that's when she shot

62

DEF 000297

1    you with the taser; correct?

2         A.   Yes.

3         Q.   All right.  And you heard other police

4    officers yelling commands at you; right?  To get down?

5         A.   To get down on the ground.

6         Q.   All commands that you have just completely

7    been ignoring for the past five minutes; right?

8         A.   Right.

9         Q.   All right.  And they're pretty close and

10   they're yelling these commands at you; right?

11        A.   Yes.

12        Q.   So she may have said something, but you

13   couldn't hear her?

14        A.   No.  She didn't say anything at all.  I would

15   have heard her.

16        Q.   I thought you said you weren't looking at her

17   and you didn't notice she was there?

18        A.   I noticed she was there once she walked up.

19   When she walked up, I seen that out of my peripheral.

20        Q.   How long did it take her to walk up?

21        A.   I don't know.

22        Q.   When you saw her out of your peripheral --

23        A.   Not even 30 seconds.

24        Q.   Okay.  Did you see her get out of her car?

63

1     A.   No, I did not see her get out of the car.

2     Q.   Did you see her raise the taser from her

3  waist?

4     A.   No, I did not.

5     Q.   Okay.  But you had seen her in your --

6     A.   I seen a body in my peripheral, and I turned,

7  and when I turned, that's when I got tased.

8     Q.   Counsel asked you a lot of questions about

9  these church groups you're involved with and stuff

10  like that.  And you're a greeter?

11     A.   Yes.

12     Q.   When the other four officers arrived, you

13  still had your hands down by your side, kind of doing

14  the shoulder -- I don't know -- resisting, moving your

15  shoulders back and forth?

16     A.   No.  At that time, I was in a corner.

17     Q.   Okay.  And at that time, you had stopped?

18     A.   I had stopped.  It was about a good -- I'd

19  say about a good minute and a half when it was just --

20  maybe about two minutes we was just standing there.

21     Q.   Okay.  So about two minutes you're standing

22  in the corner.  You're not resisting, and it's just

23  you and those two officers?

24     A.   Just me and the two officers.

64

DEF 000299

1      Q.  And your hands are up for those two minutes?

2      A.  My hands are up at that time, yes.

3      Q.  Did you get tired having your hands up two

4  exactly minutes?

5      A.  It wasn't two whole exactly minutes.

6      Q.  Well, I'm asking you to tell the truth today.

7  How long was it?

8      A.  I had my hands up for maybe about a good

9  minute, and then I put my hands down.

10     Q.  Okay.  So when the other four officers

11  arrived, your hands were down?

12     A.  Yes.  At the time, they was down, yeah.

13     Q.  But you're still just standing there?

14     A.  Yes.

15     Q.  So if you're just standing there, how come

16  you couldn't see those police officers arrive?

17     A.  Because the officers that was in front of me,

18  they came on an angle, and I'm facing the officers

19  that's in front of me.  I didn't see them because I'm

20  more -- I'm talking to them.  I'm telling them my

21  background, what I do, and everything like that.

22          And by that time --

23     Q.  You got your peripherals?  You got your

24  vision --

DEF 000300

1    A.   Yes.

2    Q.   -- you can see a whole bunch of police

3    officers and flashing lights and cars arrived?

4    A.   Yes, I understand that.

5    Q.   So you don't have an explanation for that?

6    A.   No.  I didn't see them coming in.  I didn't

7    see them coming in.

8         MR. ANDRE:  Objection.

9         THE COURT:  The answer will stand.

10   BY MR. ENGEBRETSON:

11   Q.   When Officer Francone got out of his car, his

12   car didn't have lights or sirens activated?  He just

13   jumped out?

14   A.   Yes.

15   Q.   So it wasn't until the backup units arrived

16   that the lights and sirens started; right?

17   A.   Correct.

18   Q.   And that's something that you can obviously

19   see from far away?

20   A.   Yes.

21   Q.   And you could hear the officers calling for

22   backup while they were in the yard with you?

23   A.   Yes, I heard them calling for backup.

24   Q.   They never took their guns out; correct?

DEF 000301

1      A.   Took their guns out?  I didn't see them take
2   the gun out.  A gun, I never seen them take a gun out.
3   I didn't see that.

4      Q.   Okay.  And they didn't put any choke holds or
5   try to punch you or kick you or anything like that,
6   did they?

7      A.   Well, when I was on the ground, I got knees
8   and hands -- I felt a lot of pressure on my back and
9   hand.

10     Q.   During the handcuffing; right?

11     A.   The handcuffing, yes.

12     Q.   Prior to that, there was no kneeing or
13   punching or anything?

14     A.   Other than the push, no.

15     Q.   They just used their words; right?

16     A.   Who?

17     Q.   They just used their words; correct?

18     A.   Used their words, yes.

19          MR. ENGEBRETSON:  May I just have a moment, your
20   Honor?

21                        (Brief pause.)

22   BY MR. ENGEBRETSON:

23     Q.   Mr. Smith, earlier when counsel asked you
24   questions, you said that when Officer Francone pushed


                              67

DEF 000302

1    you, you became upset; correct?

2         A.   Yes, I was upset.

3         Q.   You were angry at him?

4         A.   I wasn't angry.   I never was angry.   I was

5    upset and scared more than anything.

6         Q.   Okay.  You went to the police station;

7    correct?

8         A.   Yes, I did.

9         Q.   And this whole thing started at about

10   9:45 p.m.; correct?

11        A.   No.   It didn't start at -- it was more of

12   like around -- I don't know exactly, but it was around

13   that, because it just stopped raining at, like, 8:30.

14        Q.   Is it fair to say you don't know exactly what

15   time?

16        A.   Yes, I don't know exactly what time.

17        Q.   Once you went to the police, they called an

18   ambulance for you; correct?

19        A.   Yes.

20        Q.   And then the ambulance took you to the

21   hospital; correct?

22        A.   Yes.

23        Q.   And the ambulance workers, they didn't take

24   the barbs out of you?

68

1      A.  Who?

2      Q.  The ambulance workers?  Like the fire

3 department?

4      A.  No, they didn't.  They took me -- the nurse

5 at Mt. Sinai took the prongs out.

6      Q.  And when you went to Mt. Sinai, you were seen

7 by a doctor; correct?

8      A.  Yes.

9      Q.  They took the barbs out; correct?

10      A.  Yes.

11      Q.  And then after they took the barbs out, they

12 did an examination on you; correct?

13      A.  No, they did not.

14      Q.  Well, at no point they checked your blood

15 pressure?

16      A.  Yes, they did that beforehand.

17      Q.  Okay.  So you were seen by a doctor, and they

18 did the examination; correct?

19      A.  Yes.

20      Q.  And after they took the barbs out, the doctor

21 cleared you and sent you back to the police

22 department; correct?

23      A.  Yes.

24      MR. ENGEBRETSON:  Nothing else, Judge.

DEF 000304

1          THE COURT:  Redirect?

2          MR. ANDRE:  No further questions, your Honor.

3      Thank you.

4          THE COURT:  Mr. Smith, you can step down and

5      have a seat over at counsel table, please.

6              Ladies and gentlemen, we're going to just

7      take a short break, and then we'll resume.

8          THE DEPUTY SHERIFF:  All rise for the jury.

9                          (WHEREUPON, a recess was had

10                          in the above matter after

11                          which the following

12                          proceedings were had:)

13

14                          (WHEREUPON, the following was

15                          had in open court, in the

16                          presence of the jury:)

17

18          THE DEPUTY SHERIFF:  All rise for the jury.

19          THE COURT:  Will everybody please be seated?

20              Call your next witness, please.

21          MS. CROCKER:  Defense calls Joseph Atkins, Jr.

22          THE COURT:  Sir, come on up here, and Heather

23      will give you some assistance.

24          THE DEPUTY SHERIFF:  Step up here, sir.  Step

70