UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17-C-4902 |
| | ) | |
| vs. | ) | Hon. John J. Tharp, Jr. |
| | ) | |
| CITY OF CHICAGO, ET AL. | ) | Hon. Daniel G. Martin |
| | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANTS OFFICERS' MOTION FOR
<u>JOINT PROTECTIVE ORDER MOTION TO REMAIN UNDER SEAL</u>

Defendants Officer Francone and Officer Zuniga respectfully request pursuant to Local Rule 26.2(c) and paragraph 7 of the Confidentiality Order entered by the Court herein (R. 70) that this Court enter an Order allowing Defendant Officers' Joint Motion for Protective Order and the exhibits thereto to remain filed under seal. In support thereof, Defendant Officers state as follows:

1. As set forth in Defendant Officers' Motion to Extend Deadline to Provide Redacted Complaint Register Files and Hold Protective Order Briefing in Abeyance, Defendant Officers have filed their Joint Motion for Protective Order to protect their rights and asked the Court to hold briefing on the Joint Motion for Protective Order in abeyance and extend the deadline to provide redacted copies of CR files so that the parties can meet and confer before proceeding with protective order briefing.

2. Defendant Officers provisionally filed their Joint Motion for Protective Order under seal because the exhibits thereto are entirely confidential under the

1

Confidentiality Order entered already in this matter (R. 70) and have been designated as such thereunder and much of the Joint Motion for Protective Order is likewise confidential as it discusses the information set forth in the exhibits. An unredacted courtesy copy of the Joint Motion for Protective Order and exhibits thereto is being delivered to the Court on Monday, July 2.

3. Defendants now respectfully request pursuant to Local Rule 26.2(c) and section 7 of the Confidentiality Order herein (R. 70) that this Court enter an Order placing the Joint Motion for Protective Order and exhibits thereto under seal, thereby allowing these filings to remain under seal.

4. Defendants respectfully submit that sealing is proper because the exhibits to their Joint Motion for Protective Order have been designated confidential under the Confidentiality Order herein and the corresponding discussion of those exhibits in their Joint Motion for Protective Order is therefore likewise confidential. Further, as review of these materials demonstrates, the information under seal is confidential and should be kept under seal. Defendants also will, if the Court desires, elaborate further at the hearing on this motion on the good cause that exists to seal these materials.[1]

---

[1] In accordance with Local Rule 26.2(c), Defendant Officers have filed in the public docket a redacted version of their Motion for Protective Order. *See* R. 81.

WHEREFORE, Defendants Officer Francone and Officer Zuniga respectfully request pursuant to Local Rule 26.2(c) and paragraph 7 of the Confidentiality Order entered by the Court herein (R. 70) that this Court enter an Order allowing Defendants Officers' Joint Motion for Protective Order and the exhibits thereto, already filed provisionally under seal, to remain under seal.

Date: June 29, 2018.                                                    Respectfully submitted,

                                                      OFFICER ZUNIGA, OFFICER FRANCONE

                                                By: /s Timothy P. O'Connor
                                                         Their Attorney

Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 1150
332 S. Michigan Ave.
Chicago IL 60604
312-346-9000

<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby states that he caused a copy of the foregoing DEFENDANT OFFICERS' MOTION FOR JOINT PROTECTIVE ORDER MOTION TO REMAIN UNDER SEAL to be served upon:

> Shubra Ohri
> Brad Thomson
> G. Flint Taylor
> People's Law Offices
> 1180 North Milwaukee
> Chicago IL 60642

by electronic service through the Court's ECF filing system on this 29th day of June, 2018.

<u>s/Timothy P. O'Connor</u>