UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SMITH, | ) |
| | ) |
| Plaintiff, | ) No. 17-C-4902 |
| | ) |
| vs. | ) Hon. Daniel G. Martin |
| | ) |
| CITY OF CHICAGO, ET AL. | ) |
| | ) |
| Defendants. | ) |

DEFENDANTS' AGREED MOTION FOR ENTRY OF AGREED
ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO SETTLEMENT

Defendants City of Chicago, Officer Vincent Francone, Officer Ronald Zuniga and Officer Tena Al Farah respectfully request pursuant to Fed. R. Civ. P. 41 that this Court enter the Agreed Order Of Dismissal attached hereto and submitted today to the Court's proposed order email address, which dismisses this action in its entirety and with prejudice, with each party bearing its own costs and attorneys fees, as set forth in the Stipulation to Dismiss that has been signed by or on behalf of the parties and filed earlier today.

As stated in these documents, the parties have executed a Release and Settlement Agreement resolving this case in its entirety. The Agreed Order of Dismissal dismisses this action in its entirety and with prejudice, with each party bearing its own costs and attorneys fees. Plaintiff's counsel, Brad Thomson, has stated in an email that defendants have plaintiff's permission to file this Motion and the Agreed Order Of Dismissal attached hereto as agreed.

1

                                        Respectfully submitted,

                                        THE CITY OF CHICAGO,
                                        OFFICER FRANCONE,
                                        OFFICER ZUNIGA and
                                        OFFICER AL FARAH

Date: August 30, 2018.                       By: /s Timothy P. O'Connor
                                                                     Their Attorney

Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 1150
332 South Michigan Ave.
Chicago IL 60604
(312)-346-9000

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby states that he caused a copy of the foregoing DEFENDANTS' AGREED MOTION FOR ENTRY OF AGREED ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO SETTLEMENT to be served upon:

> Shubra Ohri
> Brad Thomson
> G. Flint Taylor
> People's Law Offices
> 1180 North Milwaukee
> Chicago IL 60642

by electronic service through the Court's ECF filing system on this 30th day of August, 2018.

/sTimothy P. O'Connor