**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY SMITH, | ) | |
| | ) | Case No. 17-C-4902 |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Daniel G. Martin |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO and Chicago Police | ) | |
| Officers VINCENT FRANCONE, RONALD | ) | |
| ZUNIGA and TENA AL FARAH, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Jeffrey Smith, by his attorneys, G. Flint Taylor, Jr., Shubra Ohri, and Brad Thomson; and Defendants, the City of Chicago, Vincent Francone, Ronald Zuniga, and Tena Al Farah, by their attorney, Timothy P. O'Connor, Special Assistant Corporation Counsel, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiff, Jeffrey Smith, against Defendants, the City of Chicago, Vincent Francone, Ronald Zuniga, and Tena Al Farah, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees.

ENTER:_____
The Honorable Daniel G. Martin
Timothy P. O'Connor                         United States Magistrate Judge
Special Assistant Corporation Counsel       DATED:_____
Meyer & O'Connor, LLC
332 South Michigan Ave., Suite 1150
Chicago, IL 60604
(312) 346-9000
Attorney No. 6201721