IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SMITH, ) | |
| ) | Case No. 17-C-4902 |
| Plaintiff, ) | |
| ) | Magistrate Judge Daniel G. Martin |
| vs. ) | |
| ) | |
| CITY OF CHICAGO and Chicago Police ) | |
| Officers VINCENT FRANCONE, RONALD ) | |
| ZUNIGA and TENA AL FARAH, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Jeffrey Smith, by his attorneys, G. Flint Taylor, Jr., Shubra Ohri, and Brad Thomson; and Defendants, the City of Chicago, Vincent Francone, Ronald Zuniga, and Tena Al Farah, by their attorney, Timothy P. O'Connor, Special Assistant Corporation Counsel, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiff, Jeffrey Smith, against Defendants, the City of Chicago, Vincent Francone, Ronald Zuniga, and Tena Al Farah, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees.

DATE: 9/5/2018                              ENTER: _Daniel G. Martin_____
                                                           Honorable Daniel G. Martin
                                                           United States Magistrate Judge